IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE PRIEST,

     Plaintiff,                    CIV S-06-0264 GEB KJM PS

     v.

COUNTY OF EL DORADO, et al.,

     Defendants.              ORDER

_____/

        This action was referred to the undersigned under Local Rule 72-302(c)(21). Presently calendared for hearing on May 24, 2006 is defendants' motion to dismiss. No opposition has been filed.

        Plaintiff is advised that Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

On April 24, 2006, plaintiff filed a motion that the court construes as a motion to recuse. Upon review of the provisions of 28 U.S.C. § 455 and the court file of these proceedings, the undersigned declines plaintiff's request as there is no basis for recusal.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of May 24, 2006 is vacated. Hearing on defendant's motion to dismiss is continued to June 21, 2006 at 10:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motion to dismiss, no later than May 31, 2006. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed against defendants under Federal Rule of Civil Procedure 41(b).

3. Plaintiff's request for assignment of a different magistrate judge is denied.

DATED: May 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
priest.nop