IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE PRIEST,

      Plaintiff,                        2:06-cv-0264-GEB-KJM-PS

    vs.

COUNTY OF EL DORADO, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 6, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed November 6, 2006, are adopted in full;

4     2. The motion to dismiss of the County defendants is granted; and

5     3. This action is dismissed.

Dated: January 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge